1  GARY B. ROTH, Esq., State Bar No. 248031
   BOXER & GERSON, LLP
2  300 Frank H. Ogawa Plaza
   Rotunda Building, Suite 500
3  Oakland, California 94612
   Telephone:  (510) 835-8870
4  Facsimile:    (510) 835-0415

5  Attorneys for Plaintiffs
   MICHAEL BLOW and CARMEN BLOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| MICHAEL BLOW and CARMEN BLOW, | Case No. C 10-03648 SBA |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE** |
| vs. | |
| TARGET CORPORATION and DOES 1 through 20, inclusive, | |
| Defendants. | |

COME NOW plaintiffs MICHAEL BLOW and CARMEN BLOW and defendant TARGET CORPORATION, by and through their attorneys of record, and stipulate to extend the Mediation deadline ninety (90) days from April 8, 2011 to July 8, 2011.

1. This extension is requested based on the fact that Gary B. Roth is withdrawing as counsel of record for plaintiffs, Michael Blow and Carmen Blow. Plaintiffs require time to seek other counsel to represent them in this matter. In addition, due to the unrelated on-going medical problems of Mr. Blow, plaintiffs have requested and defendant has agreed to an extension to respond to written discovery until April 11, 2011.

2. Gail C. Trabish, counsel for defendant Target Corporation, does not object to an extension of the Mediation deadline.

/ / /

/ / /

Under the circumstances, the Mediation deadline of April 8, 2011 is impossible to meet and should be extended ninety (90) days to July 8, 2011, or longer.

Dated: March 9, 2011                    BOXER & GERSON, LLP


                                        /s/_____
                                        GARY B. ROTH
                                        Attorneys for Plaintiffs
                                        MICHAEL BLOW and
                                        CARMEN BLOW

Dated: March 9, 2011                    BOORNAZIAN, JENSEN & GARTHE


                                        /s/_____
                                        GAIL C. TRABISH
                                        Attorneys for Defendants
                                        TARGET CORPORATION

**ORDER**

GOOD CAUSE APPEARING, the Mediation deadline is hereby extended ninety (90) days from April 8, 2011 to July 8, 2011.

IT IS SO ORDERED.


                                        _____
                                        SAUNDRA BROWN ARMSTRONG
                                        Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE