B. PALMER RIEDEL, ESQ. (Bar No. 49905)
JENNIE WOOLEY, ESQ. (Bar No. 250948)
LAW OFFICES OF B. PALMER RIEDEL-WC, INC.
1250 Pine Street, Suite 101
Walnut Creek, CA 94596
Telephone: (925) 934-4111
Fax: (925) 934-4628

Attorneys for Plaintiffs
MICHAEL BLOW and CARMEN BLOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| MICHAEL BLOW and CARMEN BLOW, <br><br> Plaintiffs, <br><br> v. <br><br> TARGET CORPORATION and Does 1 and 20, inclusive, <br><br> Defendants. | Case No.: C-1O-03648 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE AND SETTING NEXT CMC** <br><br> Judge: Saundra Brown Armstrong <br><br> Complaint Filed: June 30, 2010 |

COME NOW plaintiffs MICHAEL BLOW and CARMEN BLOW and defendant TARGET CORPORATION, by and through their attorneys of record, and stipulate to extend the Mediation deadline from July 8, 2011 to August 22, 2011.

1. This extension is requested based on the fact that Plaintiff's former counsel, Gary B. Roth has withdrawn as counsel of record for plaintiffs. Plaintiffs have since retained the Law Offices of B. Palmer Riedel to represent them, and need time for their new counsel to familiarize themselves with the case. In addition, due to the change in counsel, plaintiffs have requested and defendant has agreed to an extension to respond to written discovery until May 18, 2011.

-1-
STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIAITON DEADLINE &
SETTING NEXT CMC

2. Gail C. Trabish, counsel for defendant Target Corporation, does not object to an extension of the Mediation deadline.

3. Jennie Wooley, counsel for plaintiffs, has conferred with the mediator appointed in this case, Arnold Haims, who has advised that he is available to mediate this case as late as August 22, 2011 and does not object to an extension of the Mediation deadline.

In light of the above, the parties request that the mediation deadline be extended from July 8, 2011 to August 22, 2011.

Additionally, the parties jointly request that the next Case Management Conference be set at the Court's earliest available date after the extended mediation deadline of August 22, 2011.

Dated: May 2, 2011                    LAW OFFICES OF B. PALMER RIEDEL-WC, INC.


_____/s/_____
JENNIE WOOLEY, ESQ.
Attorney for Plaintiffs
MICHAEL BLOW and CARMEN BLOW


Dated: May 2, 2011                    BOORNAZIAN, JENSEN & GARTHE


_____/s/_____
GAIL C. TRABISH, ESQ.
Attorney for Defendants
TARGET CORPORATION

//

**ORDER**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT:

1. The Mediation deadline is hereby extended to August 22, 2011.

2. The telephonic Case Management Conference currently scheduled for July 13, 2011 is CONTINUED to September 7, 2011 at 3:15 p.m. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. **Plaintiffs** shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: May 2, 2011

_____
SAUNDRA BROWN ARMSTRONG
Judge of the United States District Court

-4-
STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIAITON DEADLINE &
SETTING NEXT CMC