UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BLOW,                    )          No. C10-03648 SBA
                  Plaintiff,     )
                                 )          ORDER DISMISSING ACTION
      vs.                        )
                                 )
TARGET CORPORATION,              )
                                 )
                  Defendant.     )
                                 )
_____      )

        The Court having been notified of the settlement of

this action, and it appearing that no issue remains for the

Court's determination,

        IT IS HEREBY ORDERED THAT this action and all claims

asserted herein are DISMISSED with prejudice.  In the event

that the settlement is not reached, any party may move to

reopen the case and the trial will be rescheduled, provided

that such motion is filed within 30 days of this order.  All

scheduled dates, including the trial and pretrial dates, are

VACATED.

        IT IS SO ORDERED.

DATED: 8/22/11

                         _____
                              SAUNDRA BROWN ARMSTRONG
                              United States District Judge