JENNIE WOOLEY, ESQ. (#250948)
THE LAW OFFICES OF B. PALMER RIEDEL, INC.
1250 Pine Street, Suite 101
Walnut Creek, CA  94596
Tel.: (925) 934-4111
Fax: (925) 934-4628

Attorneys for Plaintiffs
MICHAEL BLOW and CARMEN BLOW

GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL BLOW and CARMEN BLOW | Case No.: C-10-03648 SBA |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| TARGET CORPORATION and Does 1 and 20, inclusive. | |
| Defendants. | Complaint Filed: June 30, 2010 |

IT IS HEREBY STIPULATED by and between Plaintiffs MICHAEL BLOW and CARMEN BLOW, by and through their attorney of record, Law Offices of Palmer Riedel and Defendant TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will dismiss, with prejudice, DEFENDANT TARGET CORPORATION

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
Case No.: C-10-03648 SBA

pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

    IT IS SO STIPULATED.

DATED:   September 13, 2011_____    THE LAW OFFICES OF B. PALMER RIEDEL, INC.

    By: _/s/  Jennie Wooley_____
    JENNIE WOOLEY, ESQ.
    Attorney for Plaintiffs
    MICHAEL BLOW and Carmen BLOW

DATED:  August 29, 2011    BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation

    By: _/s/ Gail C. Trabish_____
    GAIL C. TRABISH, ESQ.
    Attorneys for Defendant
    TARGET CORPORATION

### **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 9/16/11    _____
    SANDRA BROWN ARMSTRONG
    UNITED STATES DISTRICT JUDGE

26516 \553200