JENNIE WOOLEY, ESQ. (#250948)
THE LAW OFFICES OF B. PALMER RIEDEL, INC.
1250 Pine Street, Suite 101
Walnut Creek, CA 94596
Tel.: (925) 934-4111
Fax: (925) 934-4628

Attorneys for Plaintiffs
MICHAEL BLOW and CARMEN BLOW

GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLOW and CARMEN BLOW ) | Case No.: C-10-03648 SBA |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION OF DISMISSAL WITH** |
| vs. ) | **PREJUDICE AND ORDER THEREON** |
| ) | |
| TARGET CORPORATION and Does 1 and ) | |
| 20, inclusive. ) | |
| ) | |
| Defendants. ) | Complaint Filed: June 30, 2010 |
| ) | |

IT IS HEREBY STIPULATED by and between Plaintiffs MICHAEL BLOW and CARMEN BLOW, by and through their attorney of record, Law Offices of Palmer Riedel and Defendant TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will dismiss, with prejudice, DEFENDANT TARGET CORPORATION

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
Case No.: C-10-03648 SBA

1  pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

3      IT IS SO STIPULATED.

5  DATED:  September 13, 2011_____          THE LAW OFFICES OF B. PALMER RIEDEL, INC.

7                                                    By:  \_/s/  Jennie Wooley_____
8                                                          JENNIE WOOLEY, ESQ.
                                                           Attorney for Plaintiffs
9                                               MICHAEL BLOW and Carmen BLOW

11  DATED:  August 29, 2011                        BOORNAZIAN, JENSEN & GARTHE
12                                                    A Professional Corporation

14                                       By:  \_/s/ Gail C. Trabish_____
                                           GAIL C. TRABISH, ESQ.
15                                             Attorneys for Defendant
                                           TARGET CORPORATION

### **ORDER**

19      Pursuant to stipulation, IT IS SO ORDERED.

23  DATED: 9/16/11                                      _____
                                                      SANDRA BROWN ARMSTRONG
                                                      UNITED STATES DISTRICT JUDGE

26516 \\553200